JULY 1, 2003

No. 03A14.  GILBERT *v.* OKLAHOMA.  Application for stay of execution of sentence of death, presented to JUSTICE BREYER, and by him referred to the Court, denied. JUSTICE KENNEDY took no part in the consideration or decision of this application.

No. 02–11255 (02A1073).  SWISHER *v.* TRUE, WARDEN.  C. A. 4th Cir.  Application for stay of execution of sentence of death, presented to THE CHIEF JUSTICE, and by him referred to the Court, denied.  Certiorari denied.  JUSTICE STEVENS and JUSTICE GINSBURG would grant the application for stay of execution.

JULY 2, 2003

No. 02–10894.  PETERSON *v.* UNITED STATES.  C. A. 2d Cir. Certiorari dismissed under this Court's Rule 46.

JULY 3, 2003

No. 02A1005.  HAWKINS *v.* UNITED STATES.  Application for stay of sentence pending appeal, addressed to JUSTICE SCALIA and referred to the Court, denied.